■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CARL JACKSON, Respondent.—Appeal by the People from an order of the Supreme Court, Kings County, dated March 22, 1976, which granted the branch of defendant's motion which sought to dismiss the indictment. Order reversed, on the law, motion insofar as it sought to dismiss the indictment denied, and indictment reinstated. No findings of fact have been considered. The proof adduced before the Grand Jury was sufficient to warrant the indictment. Latham, Acting P. J., Cohalan, Rabin, Shapiro and Titone, JJ., concur.